| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | CIVIL CONFERENCE | |
| EASTERN DISTRICT OF NEW YORK | | MINUTE ORDER | |
| | | | |
| BEFORE: | JAMES ORENSTEIN | DATE: | 3/26/2014 |
| | U.S. MAGISTRATE JUDGE | TIME: | 2:00 p.m. |

*Antonio Gonzalez, et al. v. T&K Hospitality LLC, et al.*
13-CV-4840 (RRM) (JO)

TYPE OF CONFERENCE:  Settlement

APPEARANCES:    Plaintiffs    Peter H. Cooper (counsel); Antonio Gonzalez, Ishmael Vasquez, Francisco Barrios, Fortino Gonzalez, El Fego Rey Martinez (clients, with Jeanette Peña interpreting)

　　　　　　　　　　　Defendants    Alex J. Ru (counsel); Terrawong Nanthavatsiri, Kobsak Songyoo (clients)

SCHEDULING: The next telephone conference will be held on June 5, 2014, at 12:30 p.m.

SUMMARY: The parties agreed to settle the case. If they file a stipulation of dismissal or motion to approve the settlement no later than June 3, 2014, I will cancel the conference scheduled above; otherwise, I direct the plaintiff's counsel to initiate the telephone conference call.

　　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES ORENSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge